RECEIVED
BY
APR 2 4 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| HORSESHOE ENTERTAINMENT | * | CIVIL ACTION NO.: 5:05cv2082 |
| VERSUS | * | JUDGE WALTER |
| LEROY MOORE | * | MAGISTRATE JUDGE HAYES |

### JUDGMENT IN PERSONAM

The defendant having been duly served, more than the required number of days having elapsed, and defendant having failed to plead or otherwise defend, default having been heretofore entered, due proof being made, the law and evidence being in favor thereof,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment **in personam** in favor of Plaintiff, Horseshoe Entertainment, and against defendant, LEROY MOORE, for the principal balance of $200,000.00, interest on the principal balance at the rate of 18% per annum, and attorney's fees in the amount of 10% of balance due

IT IS ORDERED that plaintiff have judgment for all costs of this proceeding.

JUDGMENT RENDERED AND SIGNED in Shreveport, Louisiana, this 21 day of April, 2006.

JUDGE, UNITED STATES DISTRICT COURT